[No. 20720-6-II.   Division Two.   December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY
L. COOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-02559-7, Frederick W. Fleming, J.,
entered April 8, 1996. *Affirmed* by unpublished opinion
per Houghton, C.J., concurred in by Bridgewater and Arm-
strong, JJ.

[No. 20897-1-II.   Division Two.   December 5, 1997.]

ANNE STANTON, *Respondent*, v. JAY HEWITT, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-00483-8, Sergio Armijo, J., entered June
14, 1996. *Affirmed* by unpublished opinion per Bridgewa-
ter, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 21203-0-II.   Division Two.   December 5, 1997.]

JEANNE B. RAMIREZ, *Respondent*, v. DEBORAH A.
BROWN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-14126-4, Frederick W. Fleming, J.,
entered September 13, 1996. *Reversed* by unpublished per
curiam opinion.

[No. 21369-9-II.   Division Two.   December 5, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KENDRA
J. DELSORDO, *Appellant*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 96-1-00566-3, Jay B. Roof, J., entered
November 6, 1996. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton, C.J., and Hunt J.